CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
September 13, 2024
LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| OLIVIA MARIE ORT, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:24-cv-00499 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| WEXFORD HEALTH et al., ) | By:   Hon. Thomas T. Cullen |
| ) | United States District Judge |
| Defendants. ) | |

Plaintiff Olivia Marie Ort, proceeding *pro se*, filed a civil rights complaint, under 42 U.S.C. §1983. On August 2, 2024, the Court ordered plaintiff to submit, within 30 days from the date of the order, an inmate account form and a certified copy of plaintiff's trust fund account report for the months of February through May and July, obtained from and signed by the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and Plaintiff has failed to comply with the Court's order. Accordingly, the Court will dismiss the action without prejudice for failure to prosecute and to comply with the Court's order. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to Plaintiff.

**ENTERED** this 13th of September, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE